**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2165**

JOHN MICHAEL WOLFE,

              Plaintiff – Appellant,

      v.

PATRICK R. WOOLLEY; MARLINE S. KHALIL; BRITTANY A. VERA, Individual and Official Capacity; LORI WYMORE-KIRKLAND, Individual and Official Capacity; FAIRFAX COUNTY, VIRGINIA,

              Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, Senior District Judge. (1:20-cv-00116-LO-MSN)

Submitted: May 25, 2021                    Decided: May 27, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Michael Wolfe, Appellant Pro Se. Jesse D. Stein, POLICASTRI LAW FIRM, LLC, Rockville, Maryland; David Drake Hudgins, HUDGINS LAW FIRM, PC, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Michael Wolfe appeals the district court's order granting Defendants' motions to dismiss Wolfe's 42 U.S.C. § 1983 complaint and a subsequent order denying Wolfe's Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wolfe v. Woolley*, No. 1:20-cv-00116-LO-MSN (E.D. Va. July 31, 2020 & Sept. 25, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*